

## ORDERED in the Southern District of Florida on April 2, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
Miami Division
www.flsb.uscourts.gov

In Re:

JOHN J FINTON,                              Case No.: 16-19222-BKC-LMI

        Debtor.                              Chapter 11 Case
_____/

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT
### AND MUTUAL RELEASE AGREEMENT [DE#251]

THIS MATTER came before the Court for hearing on March 29, 2017 at 1:30 PM upon Debtor's *Motion to Approve Settlement and Mutual Release Agreement* [DE#251] between Jeff Franklin and John Finton and Finton Construction, Inc. ("Motion"). The Court, having heard the statements of counsel, having reviewed the Motion, together with the record in this case and the pleadings at issue, and with the Court being otherwise fully advised in the premises, hereby finds good cause for granting the Motion and approving the Settlement Agreement in its entirety and so, does:

**ORDER** as follows:

1. The Motion is **GRANTED**.

2. The Motion and Settlement Agreement were properly noticed and there were no objections to the approval of the same.

3. The settlement memorialized in the settlement agreement between Jeff Franklin and John Finton and Finton Construction, Inc. attached to said motion as Exhibit "A" is **APPROVED** in its entirety.

4. All terms and conditions of the Settlement Agreement are incorporated by reference and the parties are authorized and directed to comply in full with said terms and conditions.

5. The Court retains jurisdiction over the terms of the Settlement Agreement, and the parties thereto to interpret and enforce the terms of the Settlement Agreement.

# # #

Submitted By:

David Lloyd Merrill, Esq.
Attorney for Debtor

Attorney David Lloyd Merrill, Esq. shall serve a copy of this Order on all creditors and interested parties required under the Federal Rules of Bankruptcy Procedure and this Court's Local Rules, and file the appropriate Certificate of Service with the court.