UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**In re:**

**JOHN J. FINTON,**  Case No: 16-19222-BKC-LMI

**Debtor.**  Chapter 11

_____/

CREDITORS STARBOARD FLORIDA, IV, LLC AND
STARBOARD FLORIDA, XII, LLC'S
AGREED NOTICE OF OMNIBUS RESOLUTION OF ISSUES

Creditors, Starboard Florida, IV, LLC, and Starboard Florida, XII, LLC (hereinafter collectively referred to as "*Starboard*") hereby give agreed notice to the Court that Starboard and the Debtor have reached an omnibus resolution as to all issues, the details of which shall be formally announced to the Court at the Confirmation Hearing tomorrow at 2:30 p.m.

1. This notice is being provided to the Court in an effort to advise the Court that it **need not spend any of the Court's time preparing for the evidentiary hearing on Starboard's Motion to Temporarily Allow its Claim for the Purpose of Voting.**

2. In advance of filing this notice, the undersigned conferred with David Merrill, Debtor's counsel, and Attorney Merrill is in agreement with the representations set forth herein.

Dated: August 28, 2018    Respectfully submitted,

**ASSOULINE & BERLOWE, P.A.**
Miami Tower
100 SE 2nd Street, Suite 3105
Miami, Florida 33133
Telephone: (305) 567-5576
Facsimile: (305) 567-9343
By: */s/ Eric N. Assouline*
  Eric N. Assouline
  ena@assoulineberlowe.com
  Florida Bar No. 106143

and

**DAVIS MILES MCGUIRE GARDNER, PLLC**
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone (480) 733-6800
Facsimile (480) 733-3748
BY:/s/ Pernell W. McGuire
    Pernell W. McGuire
    pmcguire@davismiles.com
    Arizona Bar No. 015909

*Admitted Pro Hac Vice*

*Attorneys for Creditors Starboard Florida, IV, LLC and Starboard Florida, XII, LLC*

## CERTIFICATION OF ERIC N. ASSOULINE, ESQ.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2018, I electronically filed the foregoing by using the CM/ECF system, and served all parties who receive such electronic service, including but not limited to the attached service matrix.

By:/s/. Eric N. Assouline
    Eric N. Assouline

## SERVICE MATRIX

**Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Creditor Michael Reeves
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Eyal Berger, Esq. on behalf of Defendant Michael Reeves
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Nicolette Corso-Vilmos on behalf of Interested Party Layfield & Barrett, APC
nvilmos@broadandcassel.com, dkalman@broadandcassel.com;choward@broadandcassel.com

Daniel M Coyle on behalf of Creditor MICHEL HAROUCHE
dcoyle@astidavis.com, ngonzalez@astidavis.com

Gregory S Grossman, Esq on behalf of Creditor MICHEL HAROUCHE
ggrossman@astidavis.com, ngonzalez@astidavis.com

David L. Merrill, Esq. on behalf of Debtor Finton Construction, Inc.
dlmerrill@merrillpa.com, ecf@merrillpa.com; zcastro@merrillpa.com; ecfmerrillpa@gmail.com; dmaharrey@merrillpa.com; mkargoll@merrillpa.com

David L. Merrill, Esq. on behalf of Plaintiff Finton Construction, Inc.
dlmerrill@merrillpa.com, ecf@merrillpa.com; zcastro@merrillpa.com; ecfmerrillpa@gmail.com; dmaharrey@merrillpa.com; mkargoll@merrillpa.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Creditor Stephen Beaumont
office@rorlawfirm.com

Tina M. Talarchyk on behalf of Creditor Starboard Florida, IV, LLC
tmt@palmbeachbk11.com, cmecf@palmbeachbk11.com

**Notice is to be sent by U.S. Mail to:**

| | |
|---|---|
| Andrew C Callari | Kenneth J Mueller |
| Callari & Summers, A Law Partnership | 6453 South Orange Ave #3 |
| 34197 Pacific Coast Highway, Suite100 | Orlando, FL 32809 |
| Dana Point, CA 92629 | |