UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

JOHN J FINTON ,                                              Case No. 16-19222-LMI

    Debtor.                                                    Chapter 11
_____/

**RESPONSE TO DEBTOR'S OBJECTION**
**TO CLAIM NO. 16-1**

    COMES NOW CALVARY SPV I, LLC, by and through undersigned counsel, and hereby responds to the Debtor's Objection to Claim No. 16-1 [Docket No. 456], and states:

    1.    CALVARY SPV I, LLC objects to the issues raised in the Objection and requests the Court to set this matter for preliminary hearing.

 I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

    /s/DAVID E. HICKS, ESQ.
    DAVID E. HICKS, ESQ.
    Fla. Bar No. 0368245
    KELLEY KRONENBERG ATTORNEYS AT LAW
    1511 N. Westshore Blvd., Suite 400
    Tampa, FL 33607
    (813) 223-1697
    (813) 433-5275 (fax)
    E-mail: dhicks@kelleykronenberg.com
    Attorneys for CALVARY SPV I, LLC

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Response to Objection to Claim has been furnished either by electronic or standard first class mail to the parties listed below on this 13th day of December, 2018.

/s/DAVID E. HICKS, ESQ.

John J Finton
19701 E Country Club Drive, Apt. #506
Aventura, FL 33180

David L Merrill, Esq.
1525 Prosperity Farms Road, Suite B
West Palm Beach, FL 33403

Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130