**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                 Case No: 16-19222-LMI

JOHN J. FINTON                                           Chapter 11
_____Debtor__/

### UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

Daniel M. McDermott, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112 (b), respectfully moves this Court to enter an order dismissing this case, and in support states as follows:

1.   John J. Finton, (the "Reorganized Debtor"), confirmed its Second Amended Plan of Reorganization (the "Plan of Reorganization") on October 19, 2018 (ECF 448).

2.   Paragraph nine (9), page six (6) of the confirmation order (ECF 448), states as follows:

> The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. §1930(a)(6) through Confirmation on the Effective Date. The Reorganized Debtor shall file with the Court post-confirmation Quarterly Operating Reports and pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. §1930(a)(6) for post-confirmation periods within the time periods set forth in 28 U.S.C. §1930(a)(6), until the earlier of the closing of this Case, by the issuance of a Final Decree by the Court, or upon entry of an order of this Court dismissing this Case, or converting this Case to another chapter under the Code.

3.   The Effective Date of the Debtor's confirmed Plan of Reorganization occurred on November 3, 2018 (ECF 459) and the Debtor has not yet paid the total of the United States Trustee statutory fees (the "Statutory Fees"). At the time of confirmation, the Debtor owed approximately $9,425 in Statutory Fees and has not made any payments. The Debtor presently

owes $11,050 in Statutory Fees. Pursuant to 11 U.S.C. § 1112(b)(4)(K), the non-payment of any fees or charges required under 28 U.S.C. Section 1930(a)(6) is cause to dismiss the case.

4. Further, the Debtor's failure to pay the Statutory Fees as required by the Plan of Reorganization and the Order approving same constitutes an inability by the Debtor to effectuate substantial consummation of his confirmed Plan of Reorganization, and constitutes a material default of same, which are additional cause to dismiss the case pursuant to 11 U.S.C. §§ 1112(b)(4)(M) and (N).

5. The foregoing factors are indicative of the Reorganized Debtor's inability to manage its affairs and effectively maneuver through the reorganization process. The United States Trustee has established sufficient cause pursuant to § 1112(b), and therefore, it is in the best interest of creditors and the estate that this case be dismissed.

WHEREFORE, the United States Trustee request this Court to enter an Order dismissing this case; and for such other and further relief that the Court may deem appropriate.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated: January 31, 2019    Daniel M. McDermott
United States Trustee Region 21

By: /s/ *Johanna P. Armengol*
Johanna P. Armengol, Trial Attorney
Office of the United States Trustee
51 S.W. First Avenue Suite 1204
Miami, FL 33130
Tel: (305) 536-7285
Fax: (305) 536-7360
johanna.armengol@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2019, a true and correct copy of the United States Trustee's Motion to Dismiss, was served to the following, electronically through CM/ECF, on parties having appeared electronically in the instant matter:

- Eric N Assouline    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinez@akerman.com
- Douglas C Broeker    doug@broekerlaw.com, carla@broekerlaw.com;DocService@broekerlaw.com
- Daniel M Coyle    dcoyle@sequorlaw.com, ngonzalez@sequorlaw.com
- Gregory S Grossman    ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
- David E. Hicks    tbyington@kelleykronenberg.com
- David L. Merrill    dlmerrill@theassociates.com, zcastro@theassociates.com
- Annika M Miranda    annika.miranda@usdoj.gov, shannon.patterson@usdoj.gov;usafls-hqdkt@usdoj.gov;reina.sanchez@usdoj.gov;milton.pacheco@usdoj.gov
- Wanda D Murray    ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com
- Leslie S. Osborne    office@rorlawfirm.com, 4275819420@filings.docketbird.com
- Barbara L Phillips    bphillipspa@bellsouth.net, bplegal@bellsouth.net;L.BR76644@notify.bestcase.com
- Lauren G Raines    lauren.raines@quarles.com, Deborah.lester@quarles.com;docketfl@quarles.com
- Martin L Sandler    martin@sandler-sandler.com
- Tina M. Talarchyk    tmt@palmbeachbk11.com, cmecf@palmbeachbk11.com

and that a copy hereof shall be served by U.S. Mail, postage prepaid, on parties not appearing electronically:

| | |
|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Andrew C Callari<br>Callari & Summers, A Law Partnership<br>34197 Pacific Coast Highway, Suite100<br>Dana Point, CA 92629 |
| Stella Havkin<br>Havkin & Shrago<br>20700 Ventura Boulevard, #328<br>Woodland Hills, CA 91364 | Philip Layfield<br>c/o Douglas C. Broeker, Esq.<br>Sweetapple, Broeker & Varkas, P.L.<br>44 W. Flagler Street, Ste. 1500<br>Miami, FL 33130 |
| Kenneth J Mueller<br>6453 South Orange Ave #3<br>Orlando, FL 32809 | Todd Wakefield<br>c/o Douglas C. Broeker, Esq.<br>Sweetapple, Broeker & Varkas, P.L.<br>44 W. Flagler Street, Ste. 1500<br>Miami, FL 33130 |

/s/ *Johanna P. Armengol*
Johanna P. Armengol