

ORDERED in the Southern District of Florida on March 16, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
Miami-Dade Division
www.flsb.uscourts.gov

In Re:

JOHN FINTON,                                           Case No.: 16-19222-LMI

    Debtor.                                            Chapter 11
_____/

### ORDER SUSTAINING IN PART AND OVERRULING IN PART DEBTOR'S OBJECTION TO CLAIMS [DE#456]

THIS MATTER having come before the Court in chambers upon the Debtor's Objection to Claims [DE#456] and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below, with the exception of Calvary/CapitalOne, has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim and for the reasons recited on the record, and the Court being otherwise fully advised in the premises does hereby:

**ORDER AND ADJUDGE** as follows:

1. The Debtor's Objection to Cavalry.CapitalOne, Claim #16-1 is OVERRULED. Cavalry/CapitalOne's Claim 16-1 is deemed allowed and holds a general unsecured claim in the amount of $22,384.97.

2. The Debtor's objections to the following claims are SUSTAINED:

| Claim No. | Name of Claimant | Amount of Claim | Disposition |
|---|---|---|---|
| 17-1 | CIT Bank | $ 648,271.47 | SUSTAINED and Claim is disallowed in full; |
| 18-1 | McGonigle | $ 35,650.41 | SUSTAINED and Claim is disallowed in full; |
| 20-1 | Starboard | $7,800,000 | SUSTAINED and Claim is to be paid solely in accordance with the settlement agreement previously approved. |

3. Claim 19-1 by the California Franchise Tax Board remains disputed and contested and a hearing upon the same is requested.

###

Submitted By:
David Lloyd Merrill, Esq.

*David Lloyd Merrill, Esq. is directed to serve a copy of the signed order on all appropriate parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).*